IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

ROBERT D. HOLYCROSS,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

CASE NO. 2:10-CV-859
CRIM. NO. 2:05-CR-262
JUDGE SARGUS
MAGISTRATE JUDGE ABEL

## OPINION AND ORDER

On November 7, 2011, the Magistrate Judge issued a *Report and Recommendation* recommending that the instant motion to vacate, set aside or correct sentence be dismissed. Although the parties were advised of the right to object to the Magistrate Judge's *Report and Recommendation*, and of the consequences of failing to do so, no objections have been filed.[1]

The *Report and Recommendation* is **ADOPTED** and **AFFIRMED**. This action is hereby **DISMISSED**.

IT IS SO ORDERED.

12-9-2011

EDMUND A. SARGUS, JR.
United States District Judge

---

[1] Petitioner's notice of the Magistrate Judge's *Report and Recommendation* was returned as undeliverable. Doc. 101. It is the Petitioner's responsibility, however, to keep the Court appraised of his current whereabouts.